# O'Neal v. The State.

Appeal from Jefferson Criminal Court.
Tried before the Hon. Samuel E. Greene.

No counsel marked as appearing for appellant.

Charles G. Brown, Attorney-General, for the State.

The appellant was indicted and tried for murder in the second degree, and was convicted of manslaughter

in the second degree, and sentenced to twelve months hard labor for the county.

The judgment of conviction is affirmed.